IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YOLANDA WILLIAMS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| E-MAX SOLUTIONS, PARTNERS, | : | |
| INC., A SCIQUEST.COM COMPANY | : | |
| and | : | |
| JEB CONNOR, JIM KELLER, | : | |
| JAMES FIELDS | : | NO.  02-cv-3682 |

**DEFENDANTS' SELF-EXECUTING DISCLOSURES**

I. **The Name and Last Known Address of Each Person Reasonably Likely to Have Information That Bears Significantly on the Claims and Defenses**

Jeb Connor
c/o Sweeney & Sheehan
1515 Market Street, 19th Floor
Philadelphia, PA 19102

James Fields
c/o EMAX Solutions
17 Campus Boulevard
Newtown Square, PA 19073
    and
c/o Sweeney & Sheehan
1515 Market Street, 19th Floor
Philadelphia, PA 19102

Laura Daley
70 Cherry Circle
Blackwood, NJ 08012

Jeri Hoyt
c/o EMAX Solutions
17 Campus Boulevard
Newtown Square, PA 19073

James Keller
c/o Sweeney & Sheehan
1515 Market Street, 19th Floor
Philadelphia, PA 19102

Barb Blessing
c/o EMAX Solutions
17 Campus Boulevard
Newtown Square, PA 19073

Kim Danforth
c/o EMAX Solutions
17 Campus Boulevard
Newtown Square, PA 19073

Scott Gaul
c/o EMAX Solutions
17 Campus Boulevard
Newtown Square, PA 19073

Pete Keavney
c/o EMAX Solutions
17 Campus Boulevard
Newtown Square, PA 19073

| | |
|---|---|
| Bob O'Hara<br>c/o EMAX Solutions<br>17 Campus Boulevard<br>Newtown Square, PA 19073 | Mark Robillard<br>c/o EMAX Solutions<br>17 Campus Boulevard<br>Newtown Square, PA 19073 |

Steve Whitley
c/o EMAX Solutions
17 Campus Boulevard
Newtown Square, PA 19073

II.   **A General Description of All Documents, Data, Compilations, and Tangible Things Likely to Bear Significantly On the Claims and Defenses**

1. Personnel file of Yolanda Williams.
2. All additional personnel documents regarding Yolanda Williams.
3. Yolanda Williams performance reviews.
4. Sexual harassment training records.
5. Sexual harassment training documents.
6. EMAX Standard Operating Procedures.

III.   **The Existence and Contents Of Any Insurance Agreement**

EMAX Solutions Inc., A SCIQUEST.COM Company has a policy of insurance with Genesis Underwriting Management Company with effective dates from April 1, 2000 to April 1, 2001, policy number ZXB002381A a liability limit of $2,000,000.00 aggregate coverage per coverage year. Each claim is subject to a $25,000 self-insured retention.

**SWEENEY & SHEEHAN**

By:_____
Barbara A. O'Connell
Identification No. 46461
1515 Market Street, 19th Floor
Philadelphia, PA 19102
(215) 563-9811
Attorney for Defendants