IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YOLANDA P. WILLIAMS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| E-MAX SOLUTIONS, PARTNERS, INC., | : | NO. 02-3682 |
| A SCIQUEST.COM COMPANY | : | |

## **ORDER**

AND NOW, this 3rd day of December, 2002, after conducting a telephone status conference with counsel in the above-captioned matter, IT IS HEREBY **ORDERED** by the Court that:

1. Plaintiff's counsel shall provide to Defendants' counsel the documents discussed at the above-mentioned telephone status conference no later than **December 23. 2002**.

2. Plaintiff's counsel shall decide whether or not to add Laura Daley as a party defendant to this case no later than **December 23, 2002**.

3. Plaintiff's deposition shall take place no later than **January 21, 2003**.

4. Depositions of other individuals shall occur subsequent to Plaintiff's deposition.

5. A **Telephone Status Conference** is scheduled for **January 27, 2003**, at **10:00 a.m.** to determine whether discovery has been completed, to set a time frame for expert discovery and/or dispostive motions, as well as to explore the possibility of a resolution of the matter.  Plaintiff's counsel shall initiate this conference call to (215) 597-6079.

6. Counsel may contact my Chambers at any time to schedule a settlement conference.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE