IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YOLANDA P. WILLIAMS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| E-MAX SOLUTIONS, PARTNERS, INC., | : | NO. 02-3682 |
| A SCIQUEST.COM COMPANY | : | |

## **ORDER**

AND NOW, this 27th day of February, 2003, after conducting a telephone status conference with counsel in the above-captioned matter, IT IS HEREBY **ORDERED** by the Court that:

1. Discovery is extended to **March 17, 2003**, for the completion of depositions of Plaintiff and her husband.

2. A **Telephone Status Conference** is scheduled for **April 8, 2003**, at **10:00 a.m.** to determine whether discovery has been completed, to set a time frame for expert discovery and/or dispositive motions, as well as to explore the possibility of a resolution of the matter. Plaintiff's counsel shall initiate this conference call to (215) 597-6079.

3. Counsel may contact my Chambers at any time to schedule a settlement conference.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE