IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YOLANDA P. WILLIAMS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| E-MAX SOLUTIONS, PARTNERS, INC., | : | NO. 02-3682 |
| A SCIQUEST.COM COMPANY | : | |

**ORDER**

AND NOW, this 8th day of April, 2003, IT IS HEREBY **ORDERED** by the Court that the **Telephone Status Conference,** which was scheduled for April 8, 2003, will now take place on **April 10, 2003**, at **2:00 p.m.** Plaintiff's counsel shall initiate this conference call to (215) 597-6079

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE