IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YOLANDA P. WILLIAMS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| E-MAX SOLUTIONS, PARTNERS, INC., | : | NO. 02-3682 |
| A SCIQUEST.COM COMPANY | : | |

**<u>ORDER</u>**

AND NOW, this 13th day of May, 2003, after conducting a telephone status conference with counsel in the above-captioned matter, IT IS HEREBY **ORDERED** by the Court that:

1. This matter is stayed for ninety (90) days, but no later than **August 11, 2003**.

2. A **Telephone Status Conference** is scheduled for **August 12, 2003**, at **10:00 a.m.** to determine the status of the action and how best to proceed. Defendant's counsel shall initiate this conference call to (215) 597-6079.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE