IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YOLANDA P. WILLIAMS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| E-MAX SOLUTIONS, PARTNERS, INC., | : | NO. 02-3682 |
| A SCIQUEST.COM COMPANY | : | |

**ORDER**

AND NOW, this 29th day of September, 2003, after conducting a telephone status conference with counsel in the above-captioned matter, IT IS HEREBY **ORDERED** by the Court that:

1. Except for an IME, discovery shall continue to **October 27, 2003**.

2. A **Settlement Conference** will be held on **October 27, 2003**, at **2:00 p.m.** in Room 3030, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

3. Attorneys are directed to be prepared to discuss their clients' positions in this matter and the status of settlement negotiations to date.  Each attorney appearing for a party must have the authority to settle on behalf of his/her client.

4. The parties are to be present.

BY THE COURT:

M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE