IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YOLANDA P. WILLIAMS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| E-MAX SOLUTIONS, PARTNERS, INC., | : | NO. 02-3682 |
| A SCIQUEST.COM COMPANY | : | |

**ORDER**

AND NOW, this 9th day of October, 2003, upon consideration of correspondence to this Court from Defendants' counsel dated October 9, 2003, IT IS HEREBY **ORDERED** by the Court that:

1. The Settlement Conference which was scheduled for October 27, 2003, is CANCELLED.

2. The remainder of my Order dated September 29, 2003, concerning discovery, shall remain in full force and effect.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE