IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **YOLANDA WILLIAMS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | No. 02-CV-3682 |
| | : | |
| **E-MAX SOLUTIONS, PARTNERS, INC., A SCIQUEST.COM COMPANY,** and **JOHN CONNOR,** and **JAMES KELLER,** and **JAMES FIELD** | : | |

## ORDER

AND NOW, this 20th day of October 2003, upon consideration of the Defendants' Motion to Dismiss Pursuant to F.R.C.P. 12(b)(1)(5) and (6), and Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss, it is **ORDERED** that oral argument is scheduled for **October 29, 2003, at 12:30 p.m. in Courtroom 17B**.

The parties shall be prepared to address the following issues:

1. Whether equitable tolling excuses the failure of the plaintiff to file her complaint alleging Title VII violations within 90 days of receiving the EEOC right to sue letter;

2. Whether the defendants are estopped from arguing that the plaintiff failed to file her claim in a timely manner because they were on notice of the federal claims when the plaintiff filed her unsuccessful removal petition in the state court;

3. Whether the *Colorado River* abstention doctrine applies;

4. Whether this court should exercise supplemental jurisdiction over plaintiff's state law claims.

The parties shall file with the Clerk and simultaneously hand deliver to chambers memoranda of law addressing these issues no later than **October 27, 2003 at 1:00 p.m.**

_____
TIMOTHY J. SAVAGE, J.