## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **YOLANDA WILLIAMS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **No. 02-CV-3682** |
| | : | |
| **E-MAX SOLUTIONS, PARTNERS,** | : | |
| **INC., A SCIQUEST.COM** | : | |
| **COMPANY, and** | : | |
| **JOHN CONNOR, and** | : | |
| **JAMES KELLER, and** | : | |
| **JAMES FIELD** | : | |

### ORDER

AND NOW this 30th day of October, 2003 upon consideration of the Motion to Dismiss Pursuant to F.R.C.P. 12(b)(1)(5) and (6) of Defendants, E-Max Solutions, Partners, Inc. a SciQuest.com Company, John (Jeb) Connor, James (Jim) Keller, and James Fields (Docket No. 5), Plaintiffs Memorandum in Opposition to Defendants' Motion to Dismiss (Docket No. 10), Plaintiff's Supplemental Memorandum of Law in Opposition to Defendants' Motion to Dismiss (Docket No. 22), and Supplemental Memorandum of Law on Behalf of Defendants (Docket No. 23), and after oral argument, it is **ORDERED** that the motion is **GRANTED** and the complaint is **DISMISSED**.[1]

TIMOTHY J. SAVAGE, J.

---

[1] The dismissal of this action is without prejudice to the plaintiff's right to pursue her claims in the pending state court action.